UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23028-BLOOM/Otazo-Reyes

MARK A. TURNER,

    Plaintiff,

v.

ROCKET MORTGAGE, LLC,
and AMROCK, LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION

**THIS CAUSE** is before the Court on Defendants Rocket Mortgage, LLC and Amrock, LLC's Motion for Attorneys' Fees and Costs, ECF No. [165]. The Court previously referred the Motion to Chief Magistrate Judge Edwin G. Torres for a Report and Recommendations. *See* ECF No. [168]. On April 19, 2024, Chief Magistrate Judge Torres issued a Report and Recommendation, ECF No. [175] ("R&R"), recommending that Defendants' Motion be granted in part and denied in part. The R&R advised the parties that objections to the R&R must be filed within fourteen (14) days of the R&R. ECF No. [175] at 11. To date, neither party has filed objections nor sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Chief Magistrate Judge Torres' R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that for the reasons set forth therein, Defendants' Motion is granted in part and denied in part.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

Case No. 22-cv-23028-BLOOM/Otazo-Reyes

1. The R&R, **ECF No. [175]**, is **ADOPTED**;

2. The Defendants' Motion, **ECF No. [165]**, is **GRANTED in part and DENIED in part** as follows:

    a. Defendants' Motion for Attorneys' Fees is **DENIED**;

    b. Defendant Rocket Mortgage, LLC's Motion to Tax Costs of $402.00 for the cost of removing this action is **GRANTED**;

    c. Defendant, Rocket Mortgage, LLC's Motion to Tax Costs pf $24.20 for the cost of printing the transcript of the parties' May 18, 2023 settlement conference is **GRANTED**; and

    d.. Defendant, Amrock, LLC's Motion to Tax Costs of $24.20 for the cost of printing the transcript of the parties' May 18, 2023 settlement conference is **GRANTED**;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 6, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Mark A. Turner
1411 SE 26th Avenue
Homestead, FL 33035
PRO SE